UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKECHETA MORNINGSTAR,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>                Defendant. | CASE NO. **2:25-cv-00628-JNW**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 30th day of April, 2025.

                                                                                                     BRIAN A. TSUCHIDA
                                                                               United States Magistrate Judge