UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKECHETA MORNINGSTAR, | CASE NO. 2:25-cv-628-JNW |
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM SERVICES LLC, | |
| Defendant. | |

This matter comes before the Court on several pending motions filed by the parties. Having considered the motions, the record, and applicable law, the Court addresses the pending motions as follows:

1. **Motions to amend.** Plaintiff Akecheta Morningstar seeks leave to amend his complaint twice. Dkt. Nos. 19, 27. Under Federal Rule of Civil Procedure 15(a)(2), leave to amend should be freely given when justice so requires. Thus, Morningstar's "Motion for 2nd Leave to Amend Complaint" is GRANTED. Morningstar's first Motion for Leave to Amend the Complaint is DENIED AS MOOT given his subsequent motion. Dkt. No. 19. Morningstar must file his Second Amended Complaint within

ORDER - 1

FOURTEEN (14) days of this order and serve all parties of record. *See* LCR 15(a).

2. **Motions to dismiss.** An amended complaint supersedes the original complaint and renders it without legal effect, so courts routinely deny motions to dismiss superseded complaints as moot. *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012); *Dahlstrom v. Life Care Centers of Am., Inc.*, Case No. 2:21-CV-01465-JHC, 2022 WL 7631419, at *1 (W.D. Wash. Oct. 13, 2022). Thus, the Court DENIES Defendant Amazon.com Services, LLC's motions to dismiss as MOOT given Morningstar's forthcoming second amended complaint. Dkt. Nos. 12, 24. Amazon may file a motion to dismiss Morningstar's operative complaint once it is filed.

3. **Sanctions motion.** The Court construes Morningstar's Motion to Moot and Remove from the Record Document, Dkt. No. 23, as a motion to withdraw his pending motion for sanctions under LCR 7(l), Dkt. No. 17, which governs the withdrawing and renoting of pending motions. The motion is GRANTED IN PART. Dkt. No. 23. Morningstar may withdraw the sanctions motion and he may refile it later if he chooses, but the Court will not maintain the motion pending on the docket as requested.

4. **Summary judgment motion.** Plaintiff's motion for summary judgment is DENIED without prejudice. Dkt. No. 21. The motion seeks judgment on claims for fraud, breach of contract, copyright infringement, and unjust enrichment. However, at the time of filing, the operative First Amended Complaint included only due process violations and criminal racketeering

ORDER - 2

claims. *See* Dkt. 19-1 at 4. Parties cannot assert unpled theories at summary judgment. *Redding v. Griffith*, Case No. C18-1536 BJR-BAT, 2020 WL 3895913, at *2 (W.D. Wash. July 10, 2020). The Court notes that the Second Amended Complaint, which is now the operative complaint, does not appear to allege all of the claims for which Morningstar seeks summary judgment. *See* Dkt. No. 27-1 at 4. Any future summary judgment motion must address properly pled claims.

IT IS SO ORDERED.

Dated this 15th day of September, 2025.

                                Jamal N. Whitehead
                                United States District Judge